# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., et al., | Case Nos. 01-11628 through 01-11639 (PJW) |
| Debtors. | Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee, | |
| Plaintiff,<br>v. | District Court Case Nos. (KAJ): |
| EJ Reynolds, Inc. | 04-CV-722 |
| Cyrk Inc. | 04-CV-734 |
| Office Management Systems Inc. | 04-CV-742 |
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | 04-CV-753 |
| Tacony Corporation | 04-CV-808 |
| Little Beaver, Inc. | 04-CV-997 |
| Diamant Boart Inc. | 04-CV-1004 |
| Tsurumi (America) Inc. | 04-CV-1005 |
| Harbor Graphics Corporation | 04-CV-1007 |
| Multiquip Inc. | 04-CV-1025 |
| Bobcat Company | 04-CV-1026 |
| Nortrax Equipment Co. South LA | 04-CV-1044 |
| Nortrax Equipment Co. SE, LLC | 04-CV-1045 |
| Partner Industrial Products | 04-CV-1047 |
| Rentlink Inc. | 04-CV-1054 |
| Equipment Development Co., Inc. | 04-CV-1128 |

| | |
|---|---|
| Fischer Group | 04-CV-1141 |
| Dossey Holdings, Inc. | 04-CV-1155 |
| L&P Financial Services | 04-CV-1165 |
| Jeff Falkanger & Associates | 04-CV-1184 |
| Morgan Guaranty Trust Company of New York | 04-CV-1192 |
| Defendants. | |

## ORDER

At Wilmington this **8th** day of **March, 2006**.

On March 6, 2006, a teleconference was scheduled with Magistrate Judge Thynge for the purpose of discussing the ADR process to be instituted in the above-captioned matters.  As a result of that teleconference,

IT IS ORDERED that another teleconference has been scheduled **for Monday, April 24, 2006 at 5:00 p.m. EST** with Magistrate Judge Thynge.  That teleconference will be organized by plaintiff's counsel and the dial-in number is **888-422-7101** with the participation code as **460195.**

IT IS FURTHER ORDERED that a separate teleconference has been scheduled for **Monday, March 13, 2006 at 6:00 p.m. EST** between plaintiff and defendant **Multiquip, Inc. only** with Judge Thynge.  **Plaintiff's counsel shall initiate the teleconference call.**

For those cases that do not resolve mediation shall occur.  Counsel and the parties shall hold the following dates for mediation: **June 5, 7-9 and 12, 2006.** Further periodic teleconferences will be scheduled to discuss the exchange of

information and the status of the parties' negotiations.  Unless their case has settled, **all counsel shall attend any future teleconferences.  Counsel's attendance, along with the client, at mediation is required.**  Plaintiff's counsel shall provide all counsel and unrepresented parties with a copy of this Order.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE