# CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*L&P Financial Services*
Attn:   President/CEO
516 Taylor Street
Lake City, SC 29560

*L&P Financial Services*
Attn:   President/CEO
8905 East Garvey
Rosemead, CA 91770

_____
Mary E. Augustine (No. 4477)

619625v1